```
1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KYLE R. RATLIFF
   Special Assistant U.S. Attorney
3  412 TW/JA
   1 South Rosamond Blvd.
4  Edwards AFB, California 93524
   Phone: (661) 277-4316 / Fax: (661) 277-2887
5

6  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Citation No.  6553559 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION AND |
| | ) | PROPOSED ORDER FOR DISMISSAL |
| v. | ) | |
| | ) | |
| INTISSAR K. HAMOUDA, | ) | |
| | ) | |
| Defendant | ) | |

    The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Kyle R. Ratliff, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 6553559 against INTISSAR K. HAMOUDA without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated:  March 2, 2017        Respectfully Submitted,
                                    Phillip A. Talbert
                                    Acting United States Attorney

                       By:   */s/ Kyle R. Ratliff*
                              Kyle R. Ratliff
                              Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Citation Number 6553559 against INTISSAR K. HAMOUDA be dismissed without prejudice, in the interest of justice.

Dated: _____March 2\_, 2017

*Jennifer L. Thurston*

HON. JENNIFER L. THURSTON
United States Magistrate Judge